No. 09-10820. Willie B. Gulley, Jr., Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3443, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4784.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-10821. Clive Anthony Hamilton, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3443, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4967.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 587 F.3d 1199.

No. 09-10825. Cornell Adley, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3443, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4873.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 374 Fed. Appx. 891.

No. 09-10842. Leonal Roman-Cardenas, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3443, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4747.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 366 Fed. Appx. 506.

No. 09-10852. Samuel Johnson Bell, Jr., Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3444, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4724.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 390.

No. 09-10857. Juan De Dios Miranda Medrano, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3444, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4758.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-10863. Victor Manuel Romero-Chavarria, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3444, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4735.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 365 Fed. Appx. 587.

No. 09-10864. Corey L. Darton, Petitioner v. United States.

560 U.S. 978, 130 S. Ct. 3444, 177 L. Ed. 2d 348, 2010 U.S. LEXIS 4761.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 595 F.3d 1191.